JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BLANEY, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>FORD MOTOR COMPANY, and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case 2:19-cv-09337-AB-FFM<br><br>[~~PROPOSED~~] ORDER<br><br>[Filed concurrently with the Stipulation of Dismissal] |

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), it is Ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties. The clerk is directed to close the file.

Dated: 1/9/2020

_____
Hon. Andre Birotte Jr.
United States District Judge